THE CITY OF NEW YORK, Appellant, v. HERMAN BLUME, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GEORGE B. CLASS, as Executor, etc., of CHARLES Y. TURNER, Deceased, Appellant, v. JOSEPH W. PUTNAM, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

NORMAN HANDEL, as Assignee for the Benefit of the Creditors of B. SCHACHT & SONS, INC., Appellant, v. THE PEOPLE OF THE STATE OF NEW YORK and Another, Defendants, Impleaded with JAMES McWILLIAMS, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

RUTH SWEDIN, an Infant, by FRANK SWEDIN, Her Guardian ad Litem, and FRAND SWEDIN, Appellants, v. NEW YORK TELEPHONE COMPANY, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

55 EAST EIGHTY-SIXTH STREET CORPORATION, Appellant, Respondent, v. THE PRUDENCE COMPANY, INC., Respondent, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of JAMES B. GEARY, Respondent, v. RAND TEA and COFFEE STORES, INC., Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CAROLYN THURN WINDMULLER, Trading and Doing Business under the Name and Style of THURN, Respondent, v. TURN'S GOWNS, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of NOEL BLEECKER FOX and Another, as Surviving Executors, and ELIZABETH C. RUMBOUGH and Another, as Executors, etc., of GILBERT COLGATE, Deceased, Executor, etc., of WILLIAM COLGATE, Deceased, and of the Application for a Determination as to the Construction and True Intent and Meaning of Various Provisions Thereof. NOEL BLEECKER Fox and Others, Executors, Respondents, FRANK BEGGI and Another, Claimants, Appellants.— Decree so far as appealed from affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ANNA K. Poss, Appellant, v. HARRY J. ALTMAN, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ROGER DUNSCOMBE and Others, Doing Business, etc., Respondents, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SIMON S. BRONE, Appellant, Respondent, v. LOUIS GOLDE and Another, Individually and as Copartners, etc., Respondents, Appellants.— Orders affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.